1044

[No. 57041-2-I.   Division One.   November 13, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. BERNARD ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-07275-8, Sharon S. Armstrong, J., entered October 3, 2005. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 57090-1-I.   Division One.   November 13, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW MEDINA, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-1-01565-5, Ira Uhrig, J., entered October 6, 2005. *Reversed* by unpublished per curiam opinion.

[No. 57157-5-I.   Division One.   November 13, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON NEIL WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-13317-0, John P. Erlick, J., entered October 3, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57309-8-I.   Division One.   November 13, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY EUGENE WHITT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-01969-1, Gerald L. Knight, J., entered November 10, 2005. *Affirmed* by unpublished per curiam opinion.